**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 26, 2012

**VIA ECF**
The Honorable Gary M. Browne
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE:    Hauptman v. United
           12 CV 3520 (JS) (GRB)**

Dear Magistrate Judge Browne:

I represent the plaintiff in the above referenced matter.  I have prepared a three and one half page letter which states why this Court should not recommend that the case be dismissed.  Where Your Honor's order has directed the parties to file a three page letter, I make this application to have my letter in its present form which will be filed shortly be deemed accepted by the Court.

If the Court denies this application, I respectfully request until Monday to refile the letter as three pages.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

cc:    Shari Skolnick, Esq.