**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

February 20, 2013

**VIA ECF**
The Honorable Gary M. Browne
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE:    Hauptman v. United**
**        12 CV 3520 (JS) (GRB)**

Dear Magistrate Judge Browne:

I represent the plaintiff in the above referenced matter.  The Court has scheduled a status conference for February 22, 2013.  The parties jointly request that the conference be adjourned as the Court has not yet filed a Report And Recommendation based upon the parties' submissions if the case should go forward or not.  Furthermore, the parties have been engaged in the limited discovery which Your Honor ordered.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

cc:    Shari Skolnick, Esq.